September 6, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

IN RE JOANNE WILKIE (BROCHSTEIN) MANCHA,

NO. 14-13-00327-CV

_____

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-45190**

_____

The court heard this cause after granting and issuing a writ of habeas corpus on April 18, 2013. This court finds that relator, Joanne Wilkie (Brochstein) Mancha, has failed to show that the judgment of contempt entered March 5, 2013, and the commitment order entered March 5, 2013, in the 312th District Court, Harris County, Texas, in Cause No. 2008-45190, is void. We therefore deny the relief relator requested in her petition for writ of habeas corpus. We further order the clerk of this court to issue an alias capias for the arrest of relator, Joanne Wilkie (Brockstein) Mancha, and order that she be remanded to the custody of the Sheriff of Harris County, Texas, to be confined as ordered by the 312th District Court,

Harris County, Texas, in Cause No. 2008-45190 pursuant to a commitment order dated March 5, 2013, by Judge David Farr.